UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 3:24-cr-70

vs.

JACOB JOHNSON,                         District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL (Doc. No. 7); AND (2) DIRECTING THE CLERK OF COURT TO UNSEAL THE INDICTMENT (Doc. No. 4) AND ALL SUBSEQUENT AND FORTHCOMING FILINGS IN THE ABOVE-CAPTIONED CASE**

---

    The Court **GRANTS** the Government's motion to unseal the Indictment (Doc. No. 7) and **DIRECTS** the Clerk of Court to unseal the Indictment (Doc. No. 4) and all subsequent and forthcoming filings in in this case.  This Order does not preclude a party, in the future, from seeking leave of Court to file a document under seal.

    **IT IS SO ORDERED.**

December 6, 2024                                     s/*Michael J. Newman*
                                                          Hon. Michael J. Newman
                                                          United States District Judge